

# Fourth Court of Appeals
## San Antonio, Texas

September 6, 2018

No. 04-18-00154-CV

**IN THE INTEREST OF G.N.H., A CHILD,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA00642
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

On August 15, 2018, in accordance with our opinion of that date, we abated Appellant Mother R.C.'s appeal for appointment of new appellate counsel. A supplemental clerk's record has now been filed showing that on August 20, 2018, the trial court appointed John Davis to represent Appellant Mother. Therefore, we REINSTATE the appeal on the docket of this Court and ORDER Appellant Mother R.C.'s brief due on **September 26, 2018.**

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

